# RAYMOND & RAYMOND

### Attorneys at Law

_____

Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.

7 Glenwood Avenue, 4th Fl., Ste. 408
East Orange, NJ 07017
Telephone (973) 675-5622
Facsimile (408) 519-6711
Email: herbertraymond@gmail.com
Website: www.bankruptcylaw123.com

_____

February 20, 2026

Clerk
U.S. Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

        Re: Lester Smith, Jr., Debtor
            26-11685 VFP
            Chapter 13
        Proceeding: Debtor's Motion to Extend the
                    Automatic Stay
        Hearing Date: March 19, 2026 at 10:00 A.M.

To whom it may concern:

        This will confirm, that the hearing on the Debtor's Motion
to Extend the Automatic Stay, in the above-captioned matter, was
rescheduled by the Court to **MARCH 19, 2026 at 10:00 A.M, at the
U.S. Bankruptcy Court, 50 Walnut St., 3rd Floor, Court Room 3B,
Newark, New Jersey 07102, before the Honorable Vincent F.
Papalia, U.S.B.J.**

        **Please mark your calendar accordingly.**

        Should you have any questions, please contact me.

                        Very truly yours,
                        /S/ HERBERT B. RAYMOND, ESQ.
                        HERBERT B. RAYMOND, ESQ.

cc: All Creditors and Parties in
    Interest On Attached List

Marie-Ann Greenberg, Esq.
30 Two Bridges Road
Fairfield, New Jersey 07004
Chapter 13 Standing Trustee

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Authorized Agent for Secured Creditor


Carrington Mortgage Services, LLC
500 North State College Boulevard,
Suites 1030, 1300 and 1400
Orange, CA 92868
Attn: Officer, Managing or General
Agent or Any Other Agent Authorized
By Appointment or By Law to Receive
Service of Process
Attn: Andrew Taffet, Ceo

All other Creditors and/or
Parties In Interest on
Attached Service List

 Gmail

Herbert Raymond <herbertraymond@gmail.com>

---

## Ch-13 26-11685-VFP Hearing (Document) Rescheduled - Lester B Smith, Jr
1 message

**cmecf_help_desk@njb.uscourts.gov** <cmecf_help_desk@njb.uscourts.gov>
To: no-reply@njb.uscourts.gov

Tue, Feb 17, 2026 at 7:54 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### District of New Jersey

Notice of Electronic Filing

The following transaction was received from rah entered on 2/17/2026 at 7:54 AM EST and filed on 2/17/2026
**Case Name:** Lester B Smith, Jr.
**Case Number:** 26-11685-VFP
**Document Number:**

**Docket Text:**
Hearing Rescheduled from 3/18/2026. (related document:[3] Motion to Extend Automatic Stay Filed by Herbert B. Raymond on behalf of Debtor Lester B Smith) Hearing scheduled for 3/19/2026 at 10:00 AM, VFP - Courtroom 3B, Newark.. (rah)

The following document(s) are associated with this transaction:

**26-11685-VFP Notice will be electronically mailed to:**

Marie-Ann Greenberg
magecf@magtrustee.com

Herbert B. Raymond on behalf of Debtor Lester B Smith, Jr.
herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herb ertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymo nd5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

**26-11685-VFP Notice will not be electronically mailed to:**

Capital One Services, Inc.
5000 Capital One Drive
Richmond, VA 23238

Capital One, NA
Bankruptcy Dept.
PO Box 5155
Norcross, GA 30091

Carrington Mortgage Serices Inc.
P0 Box 79001
Phoenix, AZ 85062

Carrington Mortgage Service
1610 E Saint Andrew Place
Santa Ana, CA 92705

Carrington Mortgage Service
PO Box 54285
Irvine, CA 92619

Carrington Mortgage Services
1610 East Saint Andrew Place
Suite B150
Santa Ana, CA 92705

Carrington Mortgage Services
PO Box 5001
Westfield, IN 46074

Carrington Mortgage Services Inc.
1610 East Saint Andrew Place
Suite B150
Santa Ana, CA 92705

Carrington Mortgage Services LLC
PO Box 5001
Westfield, IN 46074

EZ Pass
PO Box 4973
Trenton, NJ 08650

EZ Pass
PO Box 15186
Albany, NY 12212

EZ Pass Customer Service Center
PO Box 149003
Staten Island, NY 10314

Jefferson Capital
PO Box 17210
Golden, CO 80402

Jefferson Capital Systems, LLC
Attn: Bankruptcy
200 14th Avenue E
Sartell, MN 56377

Jefferson Capital Systems, LLC
PO Box 17210
Golden, CO 80402

KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

KML Law Group PC
216 Hadden Avenue
Suite 406
Westmont, NJ 08108

LVNV
55 Beattie Place
Greenville, SC 29601

LVNV Funding
Attn: Resurgent Capital
15 South Main Street
Greenville, SC 29601

Midland Credit Management
350 Carmino De La Reina
Suite 100
San Diego, CA 92108

Midland Credit Management Inc
350 Carmino De La Reina
Suite 100
San Diego, CA 92108

NJ EZ Pass
PO Box 4971
Trenton, NJ 08650

NJ EZ Pass NJ
PO Box 4971
Trenton, NJ 08650

NJ EZ Pass Service Center
PO Box 4973
Trenton, NJ 08650

Premeir Bankcard
900 West Delaware
PO Box 5524
Sioux Falls, SD 57104

Premier Bank
900 West Delaware
P0 Box 5524
SIOUX FALLS, SD 57104

Pressler, Felt, & Warshaw, LLP ESQ
7 Entin Road
Parsippany, NJ 07054

PSEG
PO Box 14104
New Brunswick, NJ 08906-4104

PSEG
PO Box 14444
New Brunswick, NJ 08906

PSEG
P0 Box 14106
New Brunswick, NJ 08906

PSEG
PO Box 14106
New Brunswick, NJ 08906

Receivables Performance
20816 44th Avenue W
Lynnwood, WA 98036

Resurgent Capital
PO Box 10587
Greenville, SC 29603

The Port Authority of NY NJ
4 World Trade Center
150 Grenwich Street
Floor 24
New York, NY 10007

The Port Authority of NY/ NJ
4 World Trade Center
150 Grenwich Street
New York, NY 10007

Warner Motors
20 North Park Street
East Orange, NJ 07017

Warner Motors Inc.
20 North Park Street
East Orange, NJ 07017