UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X

IN RE:                                                    CASE NO.: 26-11685-VFP

Lester B. Smith Jr. aka Lester B Smith                    CHAPTER 13

Debtor                                                    Judge: Vincent F. Papalia


-----------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2006-2, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:**

> **FRIEDMAN VARTOLO LLP**
> 1325 Franklin Avenue, Suite 160
> Garden City, NY 11530
> Attorneys for Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2006-2
> Bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any

1
Firm Case No. 261268-1

other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.


Dated: March 4, 2026

By: /s/ Charles Wohlrab
Charles Wohlrab, Esq.
**FRIEDMAN VARTOLO LLP**
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2006-2
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

Firm Case No. 261268-1

UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Charles Wohlrab, Esq.
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for Deutsche Bank National Trust Company,
as Indenture Trustee for New Century Home Equity
Loan Trust 2006-2
T: (212) 471-5100
F: (212) 471-5150

Case No.: 26-11685-VFP

Chapter: 13

In Re:

Lester B. Smith Jr. aka Lester B Smith

Debtor

Adv. No.:

Hearing Date:

Hon. Judge: Vincent F. Papalia

## CERTIFICATION OF SERVICE

1.  I, Anna Calise:

☐ represent _____ in this matter.

☒ am the secretary/paralegal for Charles Wohlrab, Esq., who represents Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2006-2 in this matter.

2.  On March 4, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

- Notice of Appearance (NJ)

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 4, 2026

/s/ Anna Calise_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lester B. Smith<br>420 North Walnut Street<br>East Orange, NJ 07017-3917 | Debtor(s) | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other____ (as authorized by the court *) |
| | Co-Debtor(s) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other____ (as authorized by the court *) |
| Herbert B. Raymond<br>7 Glenwood Ave. Suite #408<br>East Orange, NJ 07017 | Debtor(s) Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>X Notice of Electronic Filing (NEF)<br>☐ Other____ (as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Bankruptcy Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>X Notice of Electronic Filing (NEF)<br>Other____ (as authorized by the court *) |

4

| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other      (as authorized by the court *) |

Firm Case No. 261268-1