Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−11685−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Lester B Smith Jr.
aka Lester B Smith
420 North Walnut Street
East Orange, NJ 07017−3917

Social Security No.:
xxx−xx−7026

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              5/7/26
Time:              08:30 AM
Location:            Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor,
Newark, NJ 07102

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 20, 2026
JAN:

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 26-11685-VFP

Lester B Smith, Jr.                                                                 Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                              Page 1 of 3

Date Rcvd: Mar 20, 2026                     Form ID: 132                             Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Lester B Smith, Jr., 420 North Walnut Street, East Orange, NJ 07017-3917 |
| 520984079 | | EZ Pass Customer Service Center, PO Box 149003, Staten Island, NY 10314 |
| 520984084 | + | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 520984097 | | PSEG, P0 Box 14106, New Brunswick, NJ 08906 |
| 520984095 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 520984102 | + | The Port Authority of NY/ NJ, 4 World Trade Center, 150 Grenwich Street, New York, NY 10007-2355 |
| 520984103 | + | Warner Motors, 20 North Park Street, East Orange, NJ 07017-1119 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 20 2026 21:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 20 2026 21:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520984068 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2026 21:50:21 | Capital One Services, Inc., 15000 Capital One Drive, Richmond, VA 23238 |
| 520984069 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2026 21:50:21 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 520984074 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 20 2026 21:46:00 | Carrington Mortgage Services, PO Box 5001, Westfield, IN 46074 |
| 520984070 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 20 2026 21:46:00 | Carrington Mortgage Serices Inc., P0 Box 79001, Phoenix, AZ 85062 |
| 520984071 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 20 2026 21:46:00 | Carrington Mortgage Service, 1610 E Saint Andrew Place, Santa Ana, CA 92705 |
| 520984072 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 20 2026 21:46:00 | Carrington Mortgage Service, PO Box 54285, Irvine, CA 92619 |
| 520984073 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 20 2026 21:46:00 | Carrington Mortgage Services, 1610 East Saint Andrew Place, Suite B150, Santa Ana, CA 92705 |
| 520984078 | ^ | MEBN | Mar 20 2026 21:42:47 | EZ Pass, PO Box 15186, Albany, NY 12212-5186 |
| 520984080 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 20 2026 21:48:00 | Jefferson Capital, PO Box 17210, Golden, CO 80402-6020 |
| 520984081 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 20 2026 21:48:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Avenue E, Sartell, MN 56377-4500 |
| 520984082 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 20 2026 21:48:00 | Jefferson Capital Systems, LLC, PO Box 17210, |

District/off: 0312-2

Date Rcvd: Mar 20, 2026

User: admin

Form ID: 132

Page 2 of 3

Total Noticed: 36

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Golden, CO 80402-6020 |
| 520984083 | ^ | MEBN | Mar 20 2026 21:40:37 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520984085 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2026 21:50:02 | LVNV, 55 Beattie Place, Greenville, SC 29601-2165 |
| 520984086 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2026 21:50:14 | LVNV Funding, Attn: Resurgent Capital, 15 South Main Street, Greenville, SC 29601-2743 |
| 520984087 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 20 2026 21:48:00 | Midland Credit Management, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520984077 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 20 2026 21:46:00 | EZ Pass, PO Box 4973, Trenton, NJ 08650 |
| 520984089 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 20 2026 21:46:00 | NJ EZ Pass, PO Box 4971, Trenton, NJ 08650 |
| 520984090 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 20 2026 21:46:00 | NJ EZ Pass NJ, PO Box 4971, Trenton, NJ 08650 |
| 520984091 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 20 2026 21:46:00 | NJ EZ Pass Service Center, PO Box 4973, Trenton, NJ 08650 |
| 521039103 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 20 2026 21:46:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520984094 | | Email/Text: signed.order@pfwattorneys.com | Mar 20 2026 21:46:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 520984096 | ^ | MEBN | Mar 20 2026 21:39:39 | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520984092 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 20 2026 21:50:12 | Premeir Bankcard, 900 West Delaware, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 520984093 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 20 2026 21:50:25 | Premier Bank, 900 West Delaware, P0 Box 5524, SIOUX FALLS, SD 57117-5524 |
| 520984099 | + | Email/Text: Supportservices@receivablesperformance.com | Mar 20 2026 21:48:00 | Receivables Performance, 20816 44th Avenue W, Lynnwood, WA 98036-7744 |
| 520984100 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2026 21:50:02 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 520984101 | + | Email/Text: panynjbankruptcynotices@panynj.gov | Mar 20 2026 21:47:00 | The Port Authority of NY NJ, 4 World Trade Center, 150 Grenwich Street, Floor 24, New York, NY 10007-2373 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520984075 | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Carrington Mortgage Services Inc., 1610 East Saint Andrew Place, Suite B150, Santa Ana, CA 92705 |
| 520984076 | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Carrington Mortgage Services LLC, PO Box 5001, Westfield, IN 46074 |
| 520984088 | *+ | Midland Credit Management Inc, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520984098 | * | PSEG, PO Box 14106, New Brunswick, NJ 08906 |
| 520984104 | *+ | Warner Motors Inc., 20 North Park Street, East Orange, NJ 07017-1119 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0312-2                                 User: admin                                         Page 3 of 3
Date Rcvd: Mar 20, 2026                        Form ID: 132                                  Total Noticed: 36

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2026 at the address(es) listed
below:**

| Name | Email Address |
| --- | --- |
| Charles G. Wohlrab | on behalf of Creditor Deutsche Bank National Trust Company  As Indenture Trustee For New Century Home Equity Loan Trust 2006-2 bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company  As Indenture Trustee For New Century Home Equity Loan Trust 2006-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Lester B Smith  Jr. herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5