UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4ᵀᴴ Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on March 24, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

  LESTER B. SMITH, JR., DEBTOR(S)

Case No.: 26-11685 TBA

Adv. No.:

Hearing Date: 3/18/2026 @ 10:00 A.M.

Judge: TBA, U.S.B.J.

ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: March 24, 2026**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor: Lester B. Smith, Jr., Debtor(s)
Case no.: 26-11685 TBA
Caption of order: Order Extending The Automatic Stay
_____

1. That the automatic stay, be and is hereby extended to Carrington Mortgage Services, LLC and/or its assignee, predecessor in interest or successor in interest, concerning the mortgage it holds against real property located at 420 North Walnut Street, East Orange, New Jersey 07017

a. The foreclosure action, under docket number F-010078-11, pending in the Superior Court of New Jersey, Chancery Division, Essex County, pertaining to the mortgage held by Carrington Mortgage Services, LLC, regarding real property located at 420 North Walnut Street, East Orange, New Jersey 07017, be and is hereby stayed.

2. That the automatic stay, be and is hereby extended, as to all creditors and/or parties in interest, properly served with this motion.