UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on March 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

  LESTER B. SMITH, JR., DEBTOR(S)

Case No.: 26-11685 TBA

Adv. No.:

Hearing Date: 3/18/2026 @ 10:00 A.M.

Judge: TBA, U.S.B.J.

ORDER EXTENDING THE AUTOMATIC STAY

    The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: March 24, 2026**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor: Lester B. Smith, Jr., Debtor(s)
Case no.: 26-11685 TBA
Caption of order: Order Extending The Automatic Stay
_____

1. That the automatic stay, be and is hereby extended to Carrington Mortgage Services, LLC and/or its assignee, predecessor in interest or successor in interest, concerning the mortgage it holds against real property located at 420 North Walnut Street, East Orange, New Jersey 07017

    a. The foreclosure action, under docket number F-010078-11, pending in the Superior Court of New Jersey, Chancery Division, Essex County, pertaining to the mortgage held by Carrington Mortgage Services, LLC, regarding real property located at 420 North Walnut Street, East Orange, New Jersey 07017, be and is hereby stayed.

2. That the automatic stay, be and is hereby extended, as to all creditors and/or parties in interest, properly served with this motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 26-11685-VFP

Lester B Smith, Jr.                                                       Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 1

Date Rcvd: Mar 25, 2026                       Form ID: pdf903                       Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lester B Smith, Jr., 420 North Walnut Street, East Orange, NJ 07017-3917 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Deutsche Bank National Trust Company  As Indenture Trustee For New Century Home Equity Loan Trust 2006-2 bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Herbert B. Raymond | on behalf of Debtor Lester B Smith  Jr. herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Deutsche Bank National Trust Company  As Indenture Trustee For New Century Home Equity Loan Trust 2006-2 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5