Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  26−11685−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Lester B Smith Jr.
aka Lester B Smith
420 North Walnut Street
East Orange, NJ 07017−3917

Social Security No.:
xxx−xx−7026

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 8, 2026.

Dated: May 8, 2026
JAN: gml

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 26-11685-VFP

Lester B Smith, Jr.                                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 08, 2026 | Form ID: plncf13 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^                     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lester B Smith, Jr., 420 North Walnut Street, East Orange, NJ 07017-3917 |
| 520984079 | | EZ Pass Customer Service Center, PO Box 149003, Staten Island, NY 10314 |
| 520984084 | + | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 520984095 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 520984097 | | PSEG, P0 Box 14106, New Brunswick, NJ 08906 |
| 520984102 | + | The Port Authority of NY/ NJ, 4 World Trade Center, 150 Grenwich Street, New York, NY 10007-2355 |
| 520984103 | + | Warner Motors, 20 North Park Street, East Orange, NJ 07017-1119 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 08 2026 17:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 08 2026 17:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520984068 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 08 2026 17:05:01 | Capital One Services, Inc., 15000 Capital One Drive, Richmond, VA 23238 |
| 520984069 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 08 2026 17:04:53 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 520984074 | | Email/Text: BKBCNMAIL@carringtonms.com | May 08 2026 16:59:00 | Carrington Mortgage Services, PO Box 5001, Westfield, IN 46074 |
| 520984070 | | Email/Text: BKBCNMAIL@carringtonms.com | May 08 2026 16:59:00 | Carrington Mortgage Serices Inc., P0 Box 79001, Phoenix, AZ 85062 |
| 520984071 | | Email/Text: BKBCNMAIL@carringtonms.com | May 08 2026 16:59:00 | Carrington Mortgage Service, 1610 E Saint Andrew Place, Santa Ana, CA 92705 |
| 520984072 | | Email/Text: BKBCNMAIL@carringtonms.com | May 08 2026 16:59:00 | Carrington Mortgage Service, PO Box 54285, Irvine, CA 92619 |
| 520984073 | | Email/Text: BKBCNMAIL@carringtonms.com | May 08 2026 16:59:00 | Carrington Mortgage Services, 1610 East Saint Andrew Place, Suite B150, Santa Ana, CA 92705 |
| 521051945 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 08 2026 16:59:00 | Deutsche Bank National Trust Company, as Indenture, c/o Carrington Mortgage Services, LLC, 500 N. State College Blvd.,, Suites 1030,1300 and 1400, Orange, CA 92868-1604 |
| 520984078 | ^ | MEBN | May 08 2026 16:54:32 | EZ Pass, PO Box 15186, Albany, NY 12212-5186 |
| 520984080 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 08 2026 17:01:00 | Jefferson Capital, PO Box 17210, Golden, CO 80402-6020 |

District/off: 0312-2 — User: admin — Page 2 of 3

Date Rcvd: May 08, 2026 — Form ID: plncf13 — Total Noticed: 37

| Recip ID | | Notice | Date/Time | Name and Address |
|---|---|---|---|---|
| 520984081 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 08 2026 17:01:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Avenue E, Sartell, MN 56377-4500 |
| 520984082 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 08 2026 17:01:00 | Jefferson Capital Systems, LLC, PO Box 17210, Golden, CO 80402-6020 |
| 520984083 | ^ | MEBN | May 08 2026 16:52:57 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520984085 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2026 17:04:56 | LVNV, 55 Beattie Place, Greenville, SC 29601-2165 |
| 520984086 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2026 17:05:05 | LVNV Funding, Attn: Resurgent Capital, 15 South Main Street, Greenville, SC 29601-2743 |
| 520984087 | + | Email/Text: bankruptcydpt@mcmcg.com | May 08 2026 17:00:00 | Midland Credit Management, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520984077 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 08 2026 16:59:00 | EZ Pass, PO Box 4973, Trenton, NJ 08650 |
| 520984089 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 08 2026 16:59:00 | NJ EZ Pass, PO Box 4971, Trenton, NJ 08650 |
| 520984090 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 08 2026 16:59:00 | NJ EZ Pass NJ, PO Box 4971, Trenton, NJ 08650 |
| 520984091 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 08 2026 16:59:00 | NJ EZ Pass Service Center, PO Box 4973, Trenton, NJ 08650 |
| 521039103 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 08 2026 16:59:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520984094 | | Email/Text: signed.order@pfwattorneys.com | May 08 2026 16:59:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 520984096 | ^ | MEBN | May 08 2026 16:52:18 | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520984092 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 08 2026 17:05:12 | Premeir Bankcard, 900 West Delaware, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 520984093 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 08 2026 17:05:12 | Premier Bank, 900 West Delaware, P0 Box 5524, SIOUX FALLS, SD 57117-5524 |
| 520984099 | + | Email/Text: Supportservices@receivablesperformance.com | May 08 2026 17:01:00 | Receivables Performance, 20816 44th Avenue W, Lynnwood, WA 98036-7744 |
| 520984100 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2026 17:04:56 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 520984101 | + | Email/Text: panynjbankruptcynotices@panynj.gov | May 08 2026 17:00:00 | The Port Authority of NY NJ, 4 World Trade Center, 150 Grenwich Street, Floor 24, New York, NY 10007-2373 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520984075 | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Carrington Mortgage Services Inc., 1610 East Saint Andrew Place, Suite B150, Santa Ana, CA 92705 |
| 520984076 | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Carrington Mortgage Services LLC, PO Box 5001, Westfield, IN 46074 |
| 520984088 | *+ | Midland Credit Management Inc, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520984098 | * | PSEG, PO Box 14106, New Brunswick, NJ 08906 |
| 520984104 | *+ | Warner Motors Inc., 20 North Park Street, East Orange, NJ 07017-1119 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

District/off: 0312-2                                        User: admin                                        Page 3 of 3
Date Rcvd: May 08, 2026                                     Form ID: plncf13                                   Total Noticed: 37

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles G. Wohlrab | on behalf of Creditor Deutsche Bank National Trust Company  As Indenture Trustee For New Century Home Equity Loan Trust 2006-2 bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Herbert B. Raymond | on behalf of Debtor Lester B Smith  Jr. herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Deutsche Bank National Trust Company  As Indenture Trustee For New Century Home Equity Loan Trust 2006-2 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5