UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: herbertraymond@gmail.com

In Re:

LESTER SMITH, JR.,

DEBTOR

**Order Filed on July 7, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____26-11685_____

Chapter: _____13_____

Judge: _____VFP_____

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 7, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  4/2/26      :

Property:      420 North Walnut Street, East Orange,  NJ 07017

Creditor:      Carrington Mortgage

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by  DEBTOR      , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by      , and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including  9/29/2026      .

☐ The Loss Mitigation Period is terminated, effective      .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2