Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 26−11685−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lester B Smith Jr.
aka Lester B Smith
420 North Walnut Street
East Orange, NJ 07017−3917

Social Security No.:
xxx−xx−7026

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date: 9/17/26
Time: 02:00 PM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Herbert B. Raymond

COMMISSION OR FEES
$3,000.00

EXPENSES
$75.00

---

If this is a chapter 13 case, the fees and expenses awarded:

☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 21, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:
Lester B Smith, Jr.
Debtor

Case No. 26-11685-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 3
Date Rcvd: Aug 21, 2026 Form ID: 137 Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lester B Smith, Jr., 420 North Walnut Street, East Orange, NJ 07017-3917 |
| 520984079 | | EZ Pass Customer Service Center, PO Box 149003, Staten Island, NY 10314 |
| 520984084 | + | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 520984097 | | PSEG, P0 Box 14106, New Brunswick, NJ 08906 |
| 520984095 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 520984102 | + | The Port Authority of NY/ NJ, 4 World Trade Center, 150 Grenwich Street, New York, NY 10007-2355 |
| 520984103 | + | Warner Motors, 20 North Park Street, East Orange, NJ 07017-1119 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 21 2026 21:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 21 2026 21:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520984068 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2026 21:56:57 | Capital One Services, Inc., 15000 Capital One Drive, Richmond, VA 23238 |
| 520984069 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2026 21:57:10 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 520984074 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 21 2026 21:48:00 | Carrington Mortgage Services, PO Box 5001, Westfield, IN 46074 |
| 520984070 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 21 2026 21:48:00 | Carrington Mortgage Serices Inc., P0 Box 79001, Phoenix, AZ 85062 |
| 520984071 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 21 2026 21:48:00 | Carrington Mortgage Service, 1610 E Saint Andrew Place, Santa Ana, CA 92705 |
| 520984072 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 21 2026 21:48:00 | Carrington Mortgage Service, PO Box 54285, Irvine, CA 92619 |
| 520984073 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 21 2026 21:48:00 | Carrington Mortgage Services, 1610 East Saint Andrew Place, Suite B150, Santa Ana, CA 92705 |
| 521051945 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 21 2026 21:48:00 | Deutsche Bank National Trust Company, as Indenture, c/o Carrington Mortgage Services, LLC, 500 N. State College Blvd.,, Suites 1030,1300 and 1400, Orange, CA 92868-1604 |
| 520984078 | ^ | MEBN | Aug 21 2026 21:49:49 | EZ Pass, PO Box 15186, Albany, NY 12212-5186 |
| 520984080 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 21 2026 21:50:00 | Jefferson Capital, PO Box 17210, Golden, CO 80402-6020 |

| | | | | |
|---|---|---|---|---|
| 520984081 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 21 2026 21:50:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Avenue E, Sartell, MN 56377-4500 |
| 520984082 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 21 2026 21:50:00 | Jefferson Capital Systems, LLC, PO Box 17210, Golden, CO 80402-6020 |
| 520984083 | ^ | MEBN | Aug 21 2026 21:48:32 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520984085 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2026 21:56:48 | LVNV, 55 Beattie Place, Greenville, SC 29601-2165 |
| 520984086 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2026 21:57:01 | LVNV Funding, Attn: Resurgent Capital, 15 South Main Street, Greenville, SC 29601-2743 |
| 520984087 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2026 21:49:00 | Midland Credit Management, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520984077 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 21 2026 21:48:00 | EZ Pass, PO Box 4973, Trenton, NJ 08650 |
| 520984089 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 21 2026 21:48:00 | NJ EZ Pass, PO Box 4971, Trenton, NJ 08650 |
| 520984090 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 21 2026 21:48:00 | NJ EZ Pass NJ, PO Box 4971, Trenton, NJ 08650 |
| 520984091 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 21 2026 21:48:00 | NJ EZ Pass Service Center, PO Box 4973, Trenton, NJ 08650 |
| 521039103 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 21 2026 21:48:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520984094 | | Email/Text: signed.order@pfwattorneys.com | Aug 21 2026 21:48:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 520984096 | ^ | MEBN | Aug 21 2026 21:47:25 | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520984092 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 21 2026 21:57:17 | Premeir Bankcard, 900 West Delaware, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 520984093 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 21 2026 21:57:01 | Premier Bank, 900 West Delaware, P0 Box 5524, SIOUX FALLS, SD 57117-5524 |
| 520984099 | + | Email/Text: Supportservices@receivablesperformance.com | Aug 21 2026 21:50:00 | Receivables Performance, 20816 44th Avenue W, Lynnwood, WA 98036-7744 |
| 520984100 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2026 21:56:48 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 520984101 | + | Email/Text: panynjbankruptcynotices@panynj.gov | Aug 21 2026 21:49:00 | The Port Authority of NY NJ, 4 World Trade Center, 150 Grenwich Street, Floor 24, New York, NY 10007-2373 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520984075 | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Carrington Mortgage Services Inc., 1610 East Saint Andrew Place, Suite B150, Santa Ana, CA 92705 |
| 520984076 | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Carrington Mortgage Services LLC, PO Box 5001, Westfield, IN 46074 |
| 520984088 | *+ | Midland Credit Management Inc, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520984098 | * | PSEG, PO Box 14106, New Brunswick, NJ 08906 |
| 520984104 | *+ | Warner Motors Inc., 20 North Park Street, East Orange, NJ 07017-1119 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Deutsche Bank National Trust Company As Indenture Trustee For New Century Home Equity Loan Trust 2006-2 bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Herbert B. Raymond | on behalf of Debtor Lester B Smith Jr. herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Deutsche Bank National Trust Company As Indenture Trustee For New Century Home Equity Loan Trust 2006-2 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5