UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: herbertraymond@gmail.com

**Order Filed on October 2, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

LESTER SMITH, JR.,

DEBTOR

Case No.: 26-11685

Chapter: 13

Judge: VFP

**ORDER RESPECTING REQUEST FOR EXTENSION**
**OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 2, 2026**

Vincent F. Papalia
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 7/8/26:

Property: 420 North Walnut Street, East Orange, NJ 07017

Creditor: Carrington Mortgage

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by DEBTOR, and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by ________________________, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including 12/29/26.

☐ The Loss Mitigation Period is terminated, effective ________________________.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-11685-VFP

Lester B Smith, Jr. Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 1

Date Rcvd: Oct 02, 2026 Form ID: pdf903 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2026:**

| **Recip ID** | **Recipient Name and Address** |
|---|---|
| db | Lester B Smith, Jr., 420 North Walnut Street, East Orange, NJ 07017-3917 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Deutsche Bank National Trust Company As Indenture Trustee For New Century Home Equity Loan Trust 2006-2 bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Herbert B. Raymond | on behalf of Debtor Lester B Smith Jr. herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Deutsche Bank National Trust Company As Indenture Trustee For New Century Home Equity Loan Trust 2006-2 bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5